

PMM:IA
DJ No. 54-24-0061

Telephone: (202) 616-0465

*Washington, DC 20530*

April 13, 2026

Jarrett Perlow
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20005

      Re:    *Export Packers Company Limited v. United States*, No. 2026-1550

Dear Mr. Perlow:

    We write to inform the Court that we will not be filing a brief in Case No. 2026-1550, and nor will we participate in any oral argument for that case. Thank you for your consideration.

          Very truly yours,

          /s/ Isabelle Aubrun
           Isabelle Aubrun
        Commercial Litigation Branch